UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| Concentric Rockford Inc., an Illinois Corporation, | ) ) ) | |
| Plaintiff, | ) ) | Case No. |
| vs. | ) ) | District Judge |
| Regent Insurance Company, a Wisconsin Corporation, | ) ) ) | Magistrate Judge |
| Defendant. | ) ) | |

**COMPLAINT FOR DECLARATORY JUDGMENT AND OTHER RELIEF**

NOW COMES the Plaintiff, CONCENTRIC ROCKFORD INC., by and through its undersigned counsel, and for its Complaint for Declaratory Judgment and Other Relief against Regent Insurance Company, states as follows:

### Introduction

1. This is a Declaratory Judgment action wherein Concentric Rockford Inc. ("Concentric") seeks a declaration that Regent Insurance Company ("Regent") is obligated to defend and indemnity Concentric with respect to an underlying lawsuit captioned, *Judy Cassioppi v. Concentric Rockford Inc.*, pending in the 17th Judicial Circuit Court, Case No. 2021 L 143. The *Cassioppi v. Concentric* lawsuit is sometimes referred to herein as the "Underlying Lawsuit".

### Parties

2. Plaintiff, Concentric is an Illinois Corporation with its principal place of business in Rockford, Illinois.

3. Defendant, Regent is a Wisconsin Corporation with its principal place of business at 1 QBE Way, Sun Prairie, WI 53596.

1

## Jurisdiction and Venue

4. Pursuant to 28 U.S.C. §1332(a), this Court has subject matter jurisdiction over this dispute because there is complete diversity between the Plaintiff and the Defendant herein, since Plaintiff is a citizen of the State of Illinois and Defendant is a citizen of the State of Wisconsin, and the amount in controversy exceeds $75,000, exclusive of interest and costs.

5. Venue is proper in this judicial district pursuant to 28 U.S.C. §1391 because a substantial part of the events or omissions giving rise to the claim occurred in this judicial district, since the alleged tort in the Underlying Lawsuit took place in this judicial district, and since the Underlying Lawsuit was filed in Winnebago County, Illinois which is in this judicial district.

## Background and Facts

6. Regent issued a comprehensive liability insurance policy no. CCI 1377040 effective May 17, 2020 - May 17, 2021 to the Vonachen Group as the named insured; and Diversified Services for Industry Corporation as a named insured pursuant to Endorsement G40-1 05-85 that is part of that policy. A true and correct copy of the foregoing policy issued by Regent is attached hereto as Exhibit A (referred to herein as the "Regent Policy").

7. The Regent Policy includes an additional insured endorsement that provides "Blanket as required by insured contract" automatic additional insured status for "owners, lessees, customers or contractors." See Regent Policy, additional insured endorsement CG 81 56 03 09.

8. Diversified Services for Industry Incorporated ("DSI") entered into a written contract with Concentric on May 28, 2013 (the "DSI contract") wherein DSI agreed to provide certain janitorial services to Concentric as set forth on the terms and conditions therein. A true and correct copy of the DSI contract is attached hereto as Exhibit B.

9. The term of the DSI contract was extended by a 2015 addendum that provides that the contract continues on a year-to-year basis, and that contract was in effect on the date of the

alleged incident set forth in the Underlying Lawsuit, August 14, 2020. See DSI contract addendum, a true and correct copy of which is attached hereto as Exhibit C.

10. Paragraph 13 of the DSI contract provides as follows:

**INSURANCE PROTECTION**

CONTRACTOR [DSI] will provide a certificate of insurance confirming that the following coverages will be in effect at all times.

(A) Workmen's Compensation Insurance.

(B) General Liability for bodily injury and property damage in the amount of $1,000,000. This coverage includes a care custody and control rider for damage caused by CONTRACTOR'S employees.

(C) Umbrella form excess liability coverage in the amount of $5,000,000.

(D) Third party fidelity bonding covering CONTRACTOR employee dishonesty in the amount of $10,000.

(E) Comprehensive automobile liability coverage, including hired and non-owned vehicles, in the amount of $1,000,000.

11. In furtherance of its contractual duty to provide insurance coverage to Concentric as set forth in par. 13 of the DSI contract, DSI and /or its insurance agency provided Concentric an "ACORD Certificate of Liability Insurance" identifying Concentric as the "Certificate Holder." That ACORD Certificate states as follows: "**The Certificate Holder [Concentric] is an additional insured as it pertains to general liability** and auto liability, subject to the policy's terms, definitions, conditions, and exclusions." (emphasis added). A true and correct copy of that ACORD Certificate of Liability Insurance showing the insurance coverages effective from 5-17-2020 to 5-17-2021 is attached hereto as Exhibit D.

3

12. DSI or its insurance agency also provided Concentric with a copy of the Endorsement contained in the Regent Policy that provides "blanket as required by contract" additional insured coverage to Concentric, a true and correct copy of which Endorsement is attached hereto as Exhibit E.

13. Since DSI was required by contract to provide insurance coverage to Concentric, as set forth in par. 13 of the DSI contract, and since DSI did in fact provide Concentric with the ACORD Certificate of Liability Insurance showing Concentric as the Certificate Holder, and stating that "The Certificate Holder is an additional insured as it pertains to general liability," Concentric is an additional insured under the Regent Policy.

14. On June 4, 2021, Concentric was served with a Complaint in the Underlying Lawsuit that alleges that Judy Cassioppi was allegedly injured at its facility in Rockford, Illinois on or about August 14, 2020 through the alleged negligence of Concentric. The allegations in the Underlying Lawsuit fall within or potentially within the coverages of the Regent Policy that provides coverage for "bodily injury" within the policy period that was caused by the alleged negligence of an insured.

15. On June 10, 2021, Concentric tendered the Complaint in the Underlying Lawsuit to Regent to seek defense and indemnify, which tender triggered Regent's duty to defend Concentric.

16. On June 25, 2021, in breach of the Regent Policy and in violation of its duty to defend, Regent denied the tender of defense, asserting that Ms. Cassioppi's injuries were allegedly caused by Concentric, and not any alleged act or omission of DSI.

17. On July 1, 2021, Concentric filed a third-party Complaint in the Underlying Lawsuit, alleging that Ms. Cassioppi's injuries were caused by DSI's acts and omissions. A true and correct copy of the third-party Complaint against DSI in the Underlying Lawsuit (which

4

attaches a copy of the Complaint filed in the Underlying Lawsuit as Exhibit A to the third-party Complaint) is attached hereto as Exhibit F.

18. On July 1, 2021, Concentric sent a follow-up letter to Regent, advising that a third-party Complaint was filed by Concentric against DSI that alleges that Ms. Cassioppi's injuries were caused by DSI's acts and omissions. That letter enclosed a copy of the third-party Complaint, and again sought a defense and indemnity from Regent.

19. On October 7, 2021, more than three months after Concentric sent its July 1, 2021 follow-up tender letter as alleged above, Regent again denied Concentric's tender of the Underlying Lawsuit for defense and indemnity. In that October 7, 2021 denial, Regent failed to explain the basis for its continued denial of the tender in light of the third-party Complaint that alleges that Ms. Cassioppi's injuries were caused by DSI's acts and omissions.

20. Based on the foregoing, there is a genuine case or controversy between Concentric and Regent with respect to whether the allegations in the Underlying Lawsuit and the third-party Complaint against DSI in the Underlying Lawsuit trigger a duty on the part of Regent to defend and indemnify Concentric in the Underlying Lawsuit.

21. Pursuant to Federal Rule of Civil Procedure 57 and 28 U.S.C. § 2201, the Court is authorized to issue a declaratory ruling as to a genuine case or controversy.

### Count I – Declaration of Coverage

22. Concentric incorporates pars. 1-21 above as Count I, par. 22.

23. Concentric is entitled to a judicial declaration of Regent's duty to defend and indemnify it against the Underlying Lawsuit.

WHEREFORE, Concentric Rockford Inc. respectfully prays that this Court enter a declaratory judgment in its favor and against Regent Insurance Company, adjudicating and declaring as follows:

a. That Concentric is an additional insured under the Regent Policy;

b. That the Underlying Lawsuit was tendered to Regent by Concentric for defense and indemnity;

c. That the allegations in the Underlying Lawsuit including the third-party Complaint against DSI trigger Regent's duty to defend and indemnify Concentric with respect to the claims against it in the Underlying Lawsuit;

d. That Regent's denial of the tender is improper and in violation of its duty to defend Concentric;

e. That Regent is obligated to reimburse Concentric for all defense fees and expenses it has incurred and will incur in the defense in the Underlying Lawsuit; and

f. That the Court make such other and further relief in favor of Concentric as is just under the circumstances.

## Count II -- Breach of Contract

24. Concentric incorporates pars. 1-23 above as Count II, par. 24.

25. Based on the above allegations, Regent breached its contract with Concentric (the Regent Policy) and is liable for all damages that naturally flow from that breach.

26. Concentric has been damaged by Regent's breach of contract in that it is has incurred, and is continuing to incur, legal fees and expenses in defending its interests in the Underlying Lawsuit, and it faces potential legal exposure for the plaintiff's tort claims in the Underlying Lawsuit for which Regent is obligated to indemnify Concentric.

WHEREFORE, Concentric Rockford Inc. respectfully prays that this Court enter a monetary judgment in its favor and against Regent Insurance Company, in an amount in excess of $75,000 based on Regent's breach of contract, plus costs, and such other and further relief in favor of Concentric as is just under the circumstances.

Respectfully submitted by:
CONCENTRIC ROCKFORD INC.

BY: _____
Marc C. Gravino
Joel M. Huotari
WilliamsMcCarthy, LLP
120 West State Street, Suite 400
P. O. Box 219
Rockford, IL 61105-0219
Email:mgravino@wilmac.com
Email:jhuotari@wilmac.com
815-987-8900