## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Western Division

Concentric Rockford Inc.
                      Plaintiff,

v.                                                     Case No.: 3:21−cv−50424
                                                        Honorable Iain D. Johnston

Regent Insurance Company
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 26, 2024:

      MINUTE entry before the Honorable Iain D. Johnston: In light of the stipulation to dismiss [77], this case is dismissed in its entirety with prejudice and without an award of costs or fees. The status hearing previously set for 2/1/2024 is stricken. Civil case terminated. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.